IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 8:07CR176 |
| CHARLES GOODWIN | ORDER |
| Defendant. | |

IT IS ORDERED that Filing No. 65 is stricken and should be removed from the Court's docket.

Dated this 10th day of December, 2019

Michael D. Nelson
United States Magistrate Judge